CO-386-online
10/03

# United States District Court
# For the District of Columbia

T-MOBILE NORTHEAST, LLC, successor in interest )
to OMNIPOINT COMMUNICATIONS CAP )
OPERATIONS LLC )
)
                               Plaintiff    )
       vs                                  )      Civil Action No._____
)
DISTRICT OF COLUMBIA HOUSING )
AUTHORITY )
)
                              Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  T-MOBILE NORTHEAST, LLC  which have any outstanding securities in the hands of the public:

DEUTSCHE TELEKOM AG

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

186585
BAR IDENTIFICATION NO.

Elizabeth Sarah Gere
Print Name

Ross, Dixon & Bell, LLP, 2001 K St., NW
Address

Washington, DC 20006
City        State       Zip Code

(202) 662-2000
Phone Number