IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-MOBILE NORTHEAST LLC, successor in interest to OMNIPOINT COMMUNICATIONS CAP OPERATIONS LLC,<br><br>            Plaintiff,<br><br>   vs.<br><br>DISTRICT OF COLUMBIA HOUSING AUTHORITY,<br><br>            Defendant. | Case No. _____ |

## CERTIFICATE PURSUANT TO LCvR 65.1(a)

Pursuant to LCvR 65.1(a), I hereby certify that following a telephone call on April 18 providing notice of intention to file, a courtesy copy of the foregoing Complaint, Motion for a Temporary Restraining Order and a Preliminary Injunction, and documents in support were hand-delivered on April 22, 2008 at _____ to Hans Froelicher, Acting General Counsel at:

        District of Columbia Housing Authority
        1133 North Capitol Street, N.E., Suite 210
        Washington, D.C. 20002

Dated: April 22, 2008

                                                Respectfully submitted,

                                                _/s/ Elizabeth Sarah Gere_
                                                Elizabeth Sarah Gere, D.C. Bar No. 186585
                                               Prashant K. Khetan, D.C. Bar No. 477636
                                               ROSS, DIXON & BELL, LLP
                                               2001 K Street, NW
                                               Washington, DC 20006-1040
                                               Telephone: (202) 662-2000
                                               Facsimile: (202) 662-2190

                                               *Attorneys for Plaintiff*

367195 v 1