## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-Mobile Northeast, LLC, successor in interest to Omnipoint Communications CAP Operations LLC <br><br> Plaintiff <br><br> v. <br><br> District of Columbia Housing Authority <br><br> Defendant | ) ) ) ) ) ) ) Case No.: 1:08-cv-00689 ) ) ) ) ) ) ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 23, 2008 at 9:00 AM, I served the within Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority at 1133 North Capitol Street, NE, Suite 200, Washington, DC 20002 by serving Hans Froelicher, Acting General Counsel, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Grey    Approx. Age: 60    Height: 6'3"    Weight: 340

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 4-23-08

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-Mobile Northeast, LLC, successor in interest to <br> Omnipoint Communications CAP Operations LLC <br><br> Plaintiff <br><br> v. <br><br> District of Columbia Housing Authority <br><br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00689 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority c/o Mayor of the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 23, 2008 at 8:45 AM, I served the within Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority c/o Mayor of the District of Columbia at 1350 Pennsylvania Avenue, NW, Washington, DC 20005 by serving Arlethia Thompson, Executive Assistant, authorized to accept. Described herein:

Gender: Female    Race/Skin: Black    Hair: Black    Approx. Age: 36    Height: 6'0"    Weight: 185

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

ID: 08-001058

Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

4-23-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-Mobile Northeast, LLC, successor in interest to Omnipoint Communications CAP Operations LLC )<br><br>Plaintiff )<br><br>v. )<br><br>District of Columbia Housing Authority )<br><br>Defendant ) | Case No.: 1:08-cv-00689 |

## AFFIDAVIT OF DUE DILIGENCE

to wit: Washington, DC

I, Wesley Jennings, being duly sworn deposes and says, I have been duly authorized to make service of the Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority c/o Office of the Attorney General of the District of Columbia at 441 4th Street, NW, Washington, DC 20001 in the above titled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

I was unable to make service of the documents listed above on the below dates for the reasons indicated:

### Service Attempts

| Date/Time | | Reason for Non-Service |
|---|---|---|
| 04/22/08 | 4:40 PM | On this occasion, I spoke to Tanya Robinson who stated that the District of Columbia Housing Authority was no longer under the purview of the District of Columbia and, accordingly, she refused service. |
| 04/23/08 | 8:43 AM | On this occasion, my agent Ambiko Guice was told by Gale Rivers of the Attorney General's Office that they could not accept service as the District of Columbia Housing Authority was not under the purview of the District of Columbia government. |

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-001063
Client Reference: N/A