AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

T-MOBILE NORTHEAST, LLC, successor in
interest to OMNIPOINT COMMUNICATIONS
CAP OPERATIONS LLC,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA HOUSING
AUTHORITY

CASE NUMBER:

Case: 1:08-cv-00689
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/22/2008
Description: TRO/PI

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA HOUSING AUTHORITY
1133 North Capitol Street, N.E., Suite 200
Washington, DC  20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Sarah Gere, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, DC  20001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                    4/22/2008

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

Case No.: 1:08-cv-00689

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 23, 2008 at 9:00 am |
| NAME OF SERVER (PRINT)  Ambiko Guice | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Hans Froelicher, Acting General Counsel, authorized to accept service on behalf of the District of Columbia Housing Authority. Service was completed at 1133 North Capitol Street, NE, Suite 200, Washington DC 20002.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 28, 2008
                    Date                         Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050
*Address of Server*

\* see attached Affidavit of Service for additional documents served.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-Mobile Northeast, LLC, successor in interest to Omnipoint Communications CAP Operations LLC<br><br>Plaintiff<br><br>v.<br><br>District of Columbia Housing Authority<br><br>Defendant | Case No.: 1:08-cv-00689 |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 23, 2008 at 9:00 AM, I served the within Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority at 1133 North Capitol Street, NE, Suite 200, Washington, DC 20002 by serving Hans Froelicher, Acting General Counsel, authorized to accept. Described herein:

Gender: Male   Race/Skin: White   Hair: Grey   Approx. Age: 60   Height: 6'3"   Weight: 340

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

ID: 08-001062                                                                                           Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

4-23-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

T-MOBILE NORTHEAST, LLC, successor in
interest to OMNIPOINT COMMUNICATIONS
CAP OPERATIONS LLC

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA HOUSING
AUTHORITY

CASE NUMBER:

Case: 1:08-cv-00689
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/22/2008
Description: TRO/PI

TO: (Name and address of Defendant)

District of Columbia Housing Authority
Mayor of the District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20005

Serve To:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Sarah Gere
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-1040

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    4/22/2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

Case No.: 109-cv-00689

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | April 23, 2008 at 8:45 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Wesley Jennings | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Arlethia Thompson, Executive Assistant, authorized to accept service on behalf of District of Columbia Housing Authority c/o Mayor of the District of Columbia. Service was completed at 1350 Pennsylvania Avenue, NW, Washington, DC 20005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 28, 2008         *signed* Wesley Jennings
              Date                   Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050
*Address of Server*

\* See attached Affidavit of Service for additional documents served.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-Mobile Northeast, LLC, successor in interest to Omnipoint Communications CAP Operations LLC <br><br> Plaintiff <br><br> v. <br><br> District of Columbia Housing Authority <br><br> Defendant | Case No.: 1:08-cv-00689 |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority c/o Mayor of the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 23, 2008 at 8:45 AM, I served the within Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority c/o Mayor of the District of Columbia at 1350 Pennsylvania Avenue, NW, Washington, DC 20005 by serving Arlethia Thompson, Executive Assistant, authorized to accept. Described herein:

Gender: Female    Race/Skin: Black    Hair: Black    Approx. Age: 36    Height: 6'0"    Weight: 185

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

ID: 08-001058    Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

<u>4-23-08</u>
Executed on:

*Wesley Jennings* (signature)
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

T-MOBILE NORTHEAST, LLC, successor in
interest to OMNIPOINT COMMUNICATIONS
CAP OPERATIONS LLC

**SUMMONS IN A CIVIL CASE**

v.

DISTRICT OF COLUMBIA HOUSING
AUTHORITY

CASE NUMBER:

Case: 1:08-cv-00689
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/22/2008
Description: TRO/PI

TO: (Name and address of Defendant)

District of Columbia Housing Authority

Serve To:
Office of the Attorney General of the District of Columbia
441 4th Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Sarah Gere
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-1040

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                           4/22/2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action          Case No.: 1:08-cv-00689

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 22, 2008 at 4:40 pm (first attempt) |
| NAME OF SERVER *(PRINT)* Wesley Jennings | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: see attached Affidavit of Due Diligence for reason for non-service.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-28-08
            Date                    Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-Mobile Northeast, LLC, successor in interest to Omnipoint Communications CAP Operations LLC )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>District of Columbia Housing Authority )<br>)<br>)<br>)<br>Defendant ) | Case No.: 1:08-cv-00689 |

### AFFIDAVIT OF DUE DILIGENCE

to wit: Washington, DC

I, Wesley Jennings, being duly sworn deposes and says, I have been duly authorized to make service of the Summons, Certificate Rule LCvR 7.1, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Exhibits 1-3, Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Affidavit of Jason Cambpell in Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Declaration of Karen Crist, Esq. In Support of Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, Exhibit 1, [Proposed] Order and Certificate Pursuant to LCvR 65.1(a) on District of Columbia Housing Authority c/o Office of the Attorney General of the District of Columbia at 441 4th Street, NW, Washington, DC 20001 in the above titled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

I was unable to make service of the documents listed above on the below dates for the reasons indicated:

### Service Attempts

| Date/Time | | Reason for Non-Service |
|---|---|---|
| 04/22/08 | 4:40 PM | On this occasion, I spoke to Tanya Robinson who stated that the District of Columbia Housing Authority was no longer under the purview of the District of Columbia and, accordingly, she refused service. |
| 04/23/08 | 8:43 AM | On this occasion, my agent Ambiko Guice was told by Gale Rivers of the Attorney General's Office that they could not accept service as the District of Columbia Housing Authority was not under the purview of the District of Columbia government. |

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-001063
Client Reference: N/A