UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T-MOBILE NORTHEAST, LLC, successor in interest to
OMNIPOINT COMMUNICATIONS CAP
OPERATIONS, LLC,

        Plaintiff,

v.

DISTRICT OF COLUMBIA HOUSING AUTHORITY,

        Defendants.

Civil Action No. 08-689 (RMC)

## JOINT RULE 16.3 REPORT

Plaintiff T-Mobile Northeast, LLC ("T-Mobile") brought this action pursuant to 28 U.S.C. § 1332 against Defendant District of Columbia Housing Authority ("DCHA") for declaratory and injunctive relief in connection with the breach of the terms and conditions of a License Agreement between the parties. T-Mobile sought emergency relief for access to its equipment. Pursuant to agreement between the Parties, DCHA provided T-Mobile access to T-Mobile's equipment. DCHA answered and filed a counterclaim against T-Mobile alleging breach of contract, conversion, fraud and misrepresentation seeking reimbursement of certain electricity charges.

Pursuant to Local Rule 16.3, Fed.R.Civ. P. 26(f), and this Court's Order dated May 14, 2008, Plaintiff T-Mobile and Defendant DCHA (the "Parties") hereby submit their Joint Rule 16.3 Report. During the week of June 2, 2008, counsel for the Parties communicated via telephone to confer regarding scheduling and case management issues in this matter. During these discussions, the Parties reached a number of agreements, subject to the approval of the

Court, concerning the scheduling of this case. For the Court's convenience, this Joint Report follows the numbering and topics of Local Rule 16.3.

    1.    The Parties believe that dispositive motions will be appropriate at the conclusion of discovery.

    2.    The Parties agree that the deadline to amend pleadings should be September 30, 2008. The Parties agree that the issues can likely be narrowed, and agree to explore doing so as discovery progresses.

    3.    The Parties believe that, at this time, the assignment of this Court to all matters is appropriate and satisfactory.

    4.    The Parties believe that settlement is possible and agree to explore discussions as efficiently as possible in the coming weeks.

    5.    The Parties believe that mediation will be productive and aid the Parties in reaching a resolution. T-Mobile believes that mediation should take place as soon as possible.

    6.    The Parties presently believe that summary judgment will be appropriate at the conclusion of discovery. As set forth below, they propose filing such motion(s) not later than sixty days after expert depositions are completed. All submissions to the Court, including Oppositions and Replies, will be served and filed in the manner prescribed by the Local Rules.

    7.    The Parties stipulate to dispense with initial disclosures under Rule 26(a)(1) Fed.R.Civ.P.

8. The Parties stipulate to the following discovery schedule:

| | |
|---|---|
| (a) Date by which to serve interrogatories and document demands | July 30, 2008 |
| (b) Answers, objections, responses and documents to be produced | September 15, 2008 |
| (c) Date to file motion to compel fact discovery, if applicable | October 15, 2008 |
| (d) Date by which to exchange all testifying experts' *curriculum vitae*, reports, and summary of testimony pursuant to Rule 26(a)(2), Fed.R.Civ.P. | January 28, 2009 |
| (e) Fact discovery and depositions to be completed | February 27, 2009 |
| (f) Expert depositions to be completed, and service of Requests For Admissions under Rule 36, Fed.R.Civ.P. | March 31, 2009 |
| (g) Motions for Summary Judgment to be filed | June 2, 2009 |

9. As stated above, the Parties agree to exchange expert reports, *curriculum vitae*, and a short summary of testimony that the Parties anticipate by January 28, 2009, and to take expert depositions on or before March 31, 2009.

10. The class action provision of Local Rule 16.3 does not apply to this action.

11. The Parties do not see any basis to request bifurcation of any issues.

12. The Parties request that the Court schedule an initial pre-trial conference thirty to sixty days after a decision is made concerning either or both Parties' motions for summary judgment. If neither party has moved for summary judgment, then the Parties request a pre-trial conference in mid-July 2009.

13. The Parties request that a trial date be scheduled at such time as the Court directs, but not sooner than sixty days following the final pre-trial conference.

14. The Parties believe that exchanging their relevant e-mails in paper form will be sufficient and that each party shall bear the cost thereof. In the event that either party fails to produce relevant e-mails that the other party has in its possession and has produced, then the latter reserves the right to explore the basis for such non-production including, but not limited to, seeking an order to compel the non-producing party to fully explain such omissions and/or deletions. Nothing herein is intended to conflict with the Federal Rules of Civil Procedure or the Local Rules of this Court.

Respectfully submitted,

/s/ Elizabeth Sarah Gere
Elizabeth Sarah Gere, D.C. Bar No. 186585
Prashant K. Khetan, D.C. Bar No. 477636
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Plaintiff T-Mobile Northeast LLC, successor in interest to Omnipoint Communications CAP Operations, LLC*

/s/ Hans Froelicher, IV
Hans Froelicher, IV, Bar No. 475506
Acting General Counsel
District of Columbia
1133 North Capital Street, NE
Suite 210
Washington, DC 20002
202-535-2835

*Counsel for District of Columbia Housing Authority*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T-MOBILE NORTHEAST, LLC, successor in interest to OMNIPOINT COMMUNICATIONS CAP OPERATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA HOUSING AUTHORITY,<br><br>Defendants. | Civil Action No. 08-689 (RMC) |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3 Report, it is this _____ day of June, 2008 hereby

ORDERED that the following schedule governs this case:

(1) Deadline for joining additional parties or amending the pleadings – September 15, 2008;

(2) Date for serving Rule 26(a)(2) Report(s) – January 28, 2009;

(3) Fact Discovery closes – February 27, 2009;

(4) Expert discovery closes – March 31, 2009;

(5) Deadline for filing dispositive motions – June 2, 2009;

(6) Pre-Trial Conference shall be scheduled in mid-July 2009, if no dispositive motion is filed; if a dispositive motion is filed, the Pre-Trial Conference shall be scheduled on or after thirty days following the Court's decision on any such motion(s).

_____
Rosemary Collyer
United States District Judge

297700 v1