UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T-MOBILE NORTHEAST, LLC, successor in interest to OMNIPOINT COMMUNICATIONS CAP OPERATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA HOUSING AUTHORITY,<br><br>    Defendant. | Civil Action No. 08-689 (RMC) |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on June 27, 2008, it is hereby **ORDERED** that:

1. Each party shall serve its interrogatories and document demands to the other no later than August 29, 2008.

2. All answers, objections, responses and documents to be produced shall be served no later than October 15, 2008.

3. Each party's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than February 27, 2009.

4. All fact discovery and depositions shall be completed no later than March 27, 2009.

5. All expert witness depositions shall be completed, and service of requests for admissions under Fed. R. Civ. P. 36 shall be made, no later than April 30, 2009.

6. Dispositive motions shall be filed no later than July 2, 2009; oppositions and replies shall be

filed according to the Local Rules of this Court. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

7. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

8. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

9. A post-discovery status conference shall be scheduled by the Deputy Clerk of the Court for a date after the completion of discovery.

10. A pretrial conference shall be scheduled by the Deputy Clerk of the Court. If a dispositive motion is filed, the parties may request an adjournment of the pretrial conference to a date on or after thirty (30) days following the Court's decision on any such motion. Counsel shall be prepared at the pretrial conference to advise the Court of the expected length of trial and of the number of fact and expert witnesses each party will present. Trial counsel shall appear at all hearings, unless excused by the Court in advance of the hearing date.

11. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and

available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

12. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. See Fed. R. Civ. P. 16(b); LCvR 16.4.

**SO ORDERED.**


Date: July 14, 2008                              _____/s/_____
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge